In the Matter of JOSEPHINE KISS, Respondent, v. JOSEPH KISS, Appellant.— Order of the Domestic Relations Court of the City of New York, directing appellant to pay two dollars a week for the support of petitioner, reversed on the law and the facts, without costs, and application denied, without costs, and without prejudice to a renewal upon a showing of changed circumstances. We are constrained to hold, upon this record, that petitioner, under subdivision 5, section 92, chapter 482, Laws of 1933, is not " industrially incapacitated for self-support," a condition prerequisite to requiring support. It may be that a loss of her situation, if such were to happen, would bring petitioner within the subdivision cited. We are of the further opinion that upon appellant's own testimony there is a confessed abandonment which would justify the wife in renewing her application for alimony in her separation action. Lazansky, P. J., Young, Kapper and Tompkins, JJ., concur; Carswell, J., concurs in result.

In the Matter of the Application of FRANK J. MANLEY, Appellant, for an Order of Mandamus against GEORGE McANENY, Comptroller of the City of New York: LOUIS A. VALENTE, as Chairman, etc., and Others, the Persons Aforementioned Being Justices of the Supreme Court of the State of New York, First Judicial District, and Constituting the Board of Justices of the Supreme Court, First Judicial District, Respondents.— Order denying motion for a mandamus order and order denying motion for leave to discontinue and to commence a new proceeding unanimously affirmed, with costs, on the law and in the exercise of discretion. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Tompkins, JJ.